UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE,<br><br>        Defendant. | Civil Action No. 24-2560 (RBW) |

**JOINT STATUS REPORT**

Pursuant to the Court's October 28, 2024 Minute Order, the parties hereby submit the following Joint Status Report in this Freedom of Information Act ("FOIA") matter.

1. Plaintiff initiated this action on September 6, 2024, seeking relief under the FOIA based on two FOIA requests seeking certain "records relating to power plans or electric generating units" and the EPA's Final Rule for Fossil Fuel-Fired Power Plants. *See* Compl. ¶¶ 10–14. Defendant answered the Complaint on October 25, 2024. ECF No. 4. Plaintiff's FOIA requests are being processed by two of the Department of Justice's ("Department's") components: the Environment and Natural Resources Division ("ENRD") and the Office of Information Policy ("OIP").

2. ENRD reports that its initial search located more than 336,000 pages of potentially responsive records, and many of these records, if responsive to Plaintiffs' FOIA request, would also require consultation with other government offices. ENRD is discussing potential narrowing parameters with Plaintiff to assist the agency to process the potentially responsive records in a more efficient manner. At this time, ENRD does not have an estimated completion timeframe to

report as the total number of records requiring review is yet undetermined.

    3.      OIP reports that it is in the process of conducting an electronic search for records that are potentially responsive to Plaintiff's request and anticipates the initial search to be completed by December 19, 2024. Once the initial search has been completed, OIP will conduct a responsiveness and de-duplication review of the potentially responsive records to identify records responsive to Plaintiff's request.

    4.      The parties submit that at this juncture, it is too early to determine when the parties will be ready to submit summary judgment motions, if at all. The parties propose that they file a further joint status report in approximately ninety days, or no later than February 28, 2025, and every ninety days thereafter until processing is complete. A proposed order is submitted herewith.

Dated: November 25, 2024

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

/s/ *Jeremiah Lee Morgan*
JEREMIAH LEE MORGAN
D.C. Bar #1012943
William J. Olson P.C.
370 Maple Ave., West Suite 4
Vienna, VA 22180
(703) 356-5070

*Counsel for Plaintiff*

By: /s/ *Tabitha Bartholomew*
TABITHA BARTHOLOMEW
D.C. Bar #1044448
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
601 D Street, NW
Washington, D.C. 20530
(202) 252-2529
Tabitha.Bartholomew@usdoj.gov

*Attorneys for the United States of America*

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>   Plaintiff,<br><br> v.<br><br>DEPARTMENT OF JUSTICE,<br><br>   Defendant. | Civil Action No. 24-2560 (RBW) |

**PROPOSED ORDER**

 Upon consideration of the parties' Joint Status Report, it is hereby

 ORDERED that the parties shall file a further Joint Status Report on or before February 28, 2025, and every ninety days thereafter until Defendant's processing of potentially responsive records is complete.

SO ORDERED.


Date: _____          _____

                              United States District Judge