UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FUNCTIONAL GOVERNMENT
INITIATIVE,

       Plaintiff,

   v.

DEPARTMENT OF JUSTICE,

       Defendant.

Civil Action No. 24-2560 (RBW)

**JOINT STATUS REPORT**

Pursuant to the Court's November 26, 2024 and February 28, 2025 Minute Orders, the parties hereby submit the following Joint Status Report in this Freedom of Information Act ("FOIA") matter.

1.     Plaintiff initiated this action on September 6, 2024, seeking relief under the FOIA based on two FOIA requests seeking certain "records relating to power plants or electric generating units" and the EPA's Final Rule for Fossil Fuel-Fired Power Plants. *See* Compl. ¶¶ 10–14. Defendant answered the Complaint on October 25, 2024. ECF No. 4. Plaintiff's FOIA requests are being processed by two of the Department of Justice's ("Department's") components: the Environment and Natural Resources Division ("ENRD") and the Office of Information Policy ("OIP").

2.     To date, ENRD has completed two responses to the requester, consisting of 3,614 pages (including referring 140 pages/two excel files to the Environmental Protection Agency for direct reply to Plaintiff). ENRD estimates approximately 11,000 potentially responsive pages remain for further evaluation. ENRD continues to review the remaining pages for responsiveness

and to identify records requiring consultation with other Federal offices. ENRD plans to initiate consultations within the next 90 days. ENRD will continue to provide rolling responses as records become available.

3.    OIP reports that it completed its search and found no records responsive to Plaintiff's request. OIP issued its final determination on December 20, 2024.

4.    The parties submit that at this juncture, it is too early to determine when the parties will be ready to submit summary judgment motions, if at all. Consistent with the Court's November 26, 2024 Minute Order, the parties will file a further joint status report in approximately ninety days, or no later than August 28, 2025, and every ninety days thereafter until processing is complete.

Dated: May 29, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


*/s/ Jeremiah Lee Morgan*
JEREMIAH LEE MORGAN
D.C. Bar #1012943
William J. Olson P.C.
370 Maple Ave., West Suite 4
Vienna, VA 22180
(703) 356-5070
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

By:  */s/ Tabitha Bartholomew*
     TABITHA BARTHOLOMEW
     D.C. Bar #1044448
     Assistant United States Attorney
     U.S. Attorney's Office, Civil Division
     601 D Street, NW
     Washington, D.C. 20530
     (202) 252-2529
     Tabitha.Bartholomew@usdoj.gov


*Attorneys for the United States of America*