UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FUNCTIONAL GOVERNMENT
INITIATIVE,

        Plaintiff,

    v.

DEPARTMENT OF JUSTICE,

        Defendant.

Civil Action No. 24-2560 (RBW)

## JOINT STATUS REPORT

Pursuant to the Court's November 26, 2024 and August 29, 2025 Minute Orders, the parties conferred and respectfully submit the following Joint Status Report in this Freedom of Information Act ("FOIA") matter.

1.     Plaintiff initiated this action on September 6, 2024, seeking relief under the FOIA based on two FOIA requests seeking certain "records relating to power plants or electric generating units" and the EPA's Final Rule for Fossil Fuel-Fired Power Plants. *See* Compl. ¶¶ 10–14. Defendant answered the Complaint on October 25, 2024. ECF No. 4. Plaintiff's FOIA requests are being processed by two of the Department of Justice's ("Department's") components: the Environment and Natural Resources Division ("ENRD") and the Office of Information Policy ("OIP").

2.     To date, ENRD has completed three responses to Plaintiff, consisting of 4,087 pages (including referring 140 pages/two excel files to the Environmental Protection Agency for direct reply to Plaintiff). On or around March 11, 2026, ENRD anticipates issuing a fourth response of approximately 2,500 pages. Consultations on the remaining potentially responsive

records are progressing.  ENRD has now received responses from six of the eight Federal offices that ENRD consulted with on August 15, 2025.  Two of the eight consultations remain pending with other Federal offices, with ENRD estimating two additional consultations being necessary prior to issuing a final response to Plaintiff.  ENRD will continue to evaluate consultation responses and will continue to provide rolling releases of non-exempt, responsive records, as they become available.

3.     OIP reports that it completed its search and found no records responsive to Plaintiff's request. OIP issued its final determination on December 20, 2024.

4.     The parties submit that, at this juncture, it is too early to determine whether summary judgment motions will be necessary. Consistent with the Court's November 26, 2024 Minute Order, the parties will file a further joint status report in approximately ninety days, or no later than June 9, 2026, and every ninety days thereafter until processing is complete.

Dated: March 11, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Jeremiah Lee Morgan*
JEREMIAH LEE MORGAN
D.C. Bar #1012943
William J. Olson P.C.
370 Maple Ave., West Suite 4
Vienna, VA 22180
(703) 356-5070
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

By:  */s/ Samantha-Josephine Baker*
SAMANTHA-JOSEPHINE BAKER,
FL Bar #105714
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
601 D Street, NW
Washington, D.C. 20530
(202) 252-2435
Samantha-Josephine.Baker@usdoj.gov

*Attorneys for the United States of America*

2